OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0006557458    MAR 17 2015
$ 00.26⁵
MAILED FROM ZIP CODE 78701

3/12/2015

**NAVARRO, RUBEN**    **Tr. Ct. No. 1993CR4509B-W3**    **WR-36,036-03**

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Monday, April 20, 2015.

Abel Acosta, Clerk

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED ID NUMBER AND UNIT
LOCATION TO IDENTIFY

RUBEN NAVARRO

TDC # 700100

UTF

Bexar
San An...

78207-3505